No. 98–7437. SOLTESZ v. DIVERSITEC IMAGE TECHNOLOGY, INC., ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 98–7438. RODRIGUEZ v. CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7451. REYNOLDS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–7452. HERNANDEZ v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7453. RHODEN v. CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–7459. BABA v. SILVERMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–7460. BABA v. GI UNG KIM ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–7462. SCOTT v. MAYLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7463. SCARBROUGH v. AETNA LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 98–7476. MACPHEE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–7477. MAJORS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–7487. KINNEY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–7490. OLIVER v. KOLODY. C. A. 3d Cir. Certiorari denied.

No. 98–7491. JACKSON v. WHITTLE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–7500. MCVEIGH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.